UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:18-cv-80044-KAM
Magistrate Judge: William Matthewman

Tamara Filippova,

    Plaintiff,

v.

Ilia Mogilevsky, et. al.

    Defendants.
_____/

## AFFIDAVIT OF MARK T. LUTTIER IN SUPPORT OF FRANK CAVALLINO'S VERIFIED MOTION FOR ATTORNEYS' FEES

STATE OF FLORIDA )

COUNTY OF PALM BEACH )

BEFORE ME, the undersigned authority, personally appeared Mark T. Luttier, who upon being duly sworn, deposes and says:

1. I am an attorney licensed to practice in the State of Florida since 1980. I am a partner at Critton Luttier Coleman LLP.

2. I acted as my firm's lead counsel in the representation of Frank Cavallino in the above-captioned matter. As lead counsel, it was my responsibility to ensure any and all work performed by Critton Luttier Coleman LLP attorneys who were involved in my firm's legal representation of Frank Cavallino in this case was (i) necessary to ensure that Frank Cavallino was afforded the best defense legally and ethically available to him against Plaintiff's claims; (ii) performed timely, efficiently, and with utmost care; and (iii) was in each and every instance of the

1

**EXHIBIT 1**

highest quality which I, and all involved at Critton Luttier Coleman LLP, were capable of producing.

3. I have personal knowledge of the matters set forth in this Affidavit, of the facts and circumstances described herein and by virtue of my review of the records kept and maintained by Critton Luttier Coleman LLP during the normal course of its regularly conducted business, including contemporaneous time records prepared by myself and the other attorneys and paralegals who worked on this case.

4. Frank Cavallino engaged our firm to defend the lawsuit. Critton Luttier Coleman LLP agreed to represent Frank Cavallino on a billing arrangement that called for Frank Cavallino to pay a rate of $600 per hour for partner time, $300 per hour for associate time.

5. Plaintiff subsequently filed a First Amended Complaint and a Second Amended Complaint.

6. Plaintiff also served interrogatories upon Frank Cavallino, while motions to dismiss were pending.

7. There was substantial motion practice directed to the pleadings and discovery in this action.

8. My standard hourly rate is $600.00.

9. I was assisted on this case by J. Chris Bristow, who is an associate at Critton Luttier Coleman LLP who has been practicing for 9 years. Mr. Bristow is a trial lawyer who practices in State and Federal courts throughout Florida. His standard hourly rate is currently $350.00. In this case, Mr. Bristow's services were billed at the reduced rate of $300.00.

10. The standard billing rate for Critton Luttier Coleman LLP employees above are based on the prevailing market rates for lawyers of comparable level and experience in Palm Beach County and South Florida.

11. The total amount of time reasonably expended on behalf of Frank Cavallino is as follows:

| Name | Title | Hours Billed | Hourly Rate | Lodestar |
|---|---|---|---|---|
| Mark Luttier | Partner | 2.25 | $600 | $1,350.00 |
| J. Chris Bristow | Associate | 19.20 | $300 | $5,760.00 |
| **Total** | | | | **$7,110.00** |

Redacted time records are attached as **Exhibit A.**

12. The hourly rates billed by me and by those individuals working with me in this litigation are reasonable in view of the nature of this case, the tasks required, and the expertise of the attorneys and paralegal performing legal services. Moreover, these rates are charged to other clients, are comparable to (or lower than) hourly rates charged by similar law firms, and are comparable to rates charged by attorneys and paralegals with similar experience and abilities in preparing cases involving legal issues in the area of commercial litigation.

13. The hourly rates above and the hours spend working on the case were reasonable and necessary in representing Frank Cavallino. In reaching this conclusion, I have considered the factors set forth in *Florida Patient's Comp. Fund v. Rowe*, 472 So. 2d 1145, 1147 (Fla. 1985), Rule 4–1.5(b) of the Rules Regulating the Florida Bar, *Johnson v. Georgia Highway Exp., Inc.*, 488 F.2d 714, 715 (5th Cir. 1974), and *Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1295 (11th Cir. 1988)

FURTHER AFFIANT SAYETH NOT.

_____
Mark T. Luttier

STATE OF FLORIDA              ) SS
COUNTY OF PALM BEACH    )

    I hereby Certify that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared Mark T. Luttier known to me to be the person described in and who executed the foregoing Affidavit, who acknowledged before me that he executed the same, and that an oath was taken.

    WITNESS my hand and official seal in the County and State last aforesaid this 27 day of Sept, 2018.

(SEAL)

PRINT NAME: _____
NOTARY PUBLIC/STATE OF _____
COMMISSION NO.: _____

LAURIE ANN BEGTRUP
Notary Public - State of Florida
Commission # GG 250852
My Comm. Expires Aug 30, 2022
Bonded through National Notary Assn.

4

| 09/21/2018 | | ** TIME BY MATTER **<br>1/1/2018 - 9/21/2018 | | | 1 |
|---|---|---|---|---|---|
| | | | | Actual Time | Billable Amount |

**2018-037 - FILIPPOVA V. CAVALLINO, FRANK**

*JCB - J. CHRIS BRISTOW*

| Date | Description | | Actual Time | Billable Amount |
|---|---|---|---|---|
| 02/12/2018 | Prepare Cavallino Motion to Dismiss (1031029) | | 4.30 | 1,290.00 |
| 03/13/2018 | Meet with Frank; prepare Motion to Dismiss Amended Complaint (1034065) | | 4.40 | 1,320.00 |
| 04/26/2018 | Prepare Response to Motion to Amend (1036643) | | 0.30 | 90.00 |
| 05/31/2018 | Prepare Motion to Dismiss Second Amended Compliant (1039724) | | 1.60 | 480.00 |
| 06/20/2018 | Prepare reply to Motion to Dismiss (1041838) | | 4.60 | 1,380.00 |
| 07/03/2018 | Prepare Motion for Extension of Time re: Interrogatories (1042281) | | 1.40 | 420.00 |
| 07/03/2018 | Prepare Motion for Fees and Exhibits | | 2.60 | 780.00 |
| | | *Producer JCB:* | 19.20 | $5,760.00 |

*MTL - MARK LUTTIER*

| Date | Description | | Actual Time | Billable Amount |
|---|---|---|---|---|
| 03/13/2018 | Review Amended Complaint; meet with client (1033983) | | 2.25 | 1,350.00 |
| | | *Producer MTL:* | 2.25 | $1,350.00 |

J:\APPS\ADCPP2\PERFPRAC\PPREPORT\TIMEMATTER.RPT



EXHIBIT A