UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:18-cv-80044-KAM

TAMARA FILIPPOVA,

        Plaintiff,

vs.

ILIA MOGILEVSKY, *et al.*,

        Defendants.
_____/

### DEFENDANTS,' SAPODILLA 513, LLC AND KING DAVID REAL ESTATE INVESTMENT HOLDINGS, LLC, MOTION TO TAX COSTS IN CONNECTION WITH RECORDING VERIFIED NOTICE OF FILING ORDER [D.E. 415] DISSOLVING LIS PENDENS WHICH PERTAIN TO DEFENDANTS, KING DAVID AND SAPODILLA

      Defendants, Sapodilla 513, LLC and King David Real Estate Investment Holdings, LLC (collectively the "Movants"), pursuant to Southern District of Florida Local Rule 7.3, Federal Rule of Civil Procedure 54 and Florida Statute section 48.23, move the Court for entry of an Order taxing costs against Plaintiff, Tamara Filippova ("Plaintiff"), incurred in recording the Court's Order that dissolved the lis pendens on their properties [D.E. 415] and state:

    1.    On September 11, 2018, Movants recorded a Verified Notice of Filing Order [D.E. 415] Dissolving Lis Pendens Which Pertain to Defendant, King David Real Estate Investment Holdings, LLC and Defendant, Sapodilla 513, LLC (the "Notice"). A copy of the recording receipt from Sharon R. Bock, Palm Beach County Clerk & Comptroller ("Clerk"), is attached as Exhibit "A."

    2.    The recording costs for the Notice were $245.00.

    3.    Additionally, Movants had to obtain a Certified Copy of the Court's Order (dissolving lis pendens) to attach to the Notice.

4.    The cost for obtaining a Certified Copy from the Clerk of the Court of the United States District Court, Southern District of Florida was $17.50 ($11.00 certification, 13 pages @ .50 cents per page = $6.50). A copy of the Receipt from the Southern District of Florida is attached as Exhibit "B."

5.    Movants therefore, incurred $262.50 in recording of the Notice of the Court's Order Dissolving Lis Pendens. A copy of an Affidavit in support of this Motion is attached as Exhibit "C.

## MEMORANDUM OF LAW

Pursuant to the Court's August 29, 2018 Order Granting Motions to Dismiss the Second Amended Complaint, the Court granted King David's and Sapodilla's Motions to Dissolve Lis Pendens and ordered that the lis pendens are dissolved without prejudice until Plaintiff has pled a valid claim that can withstand dismissal [D.E. 415]. King David and Sapodilla recorded a copy of the Court's Order with the Palm Beach County Clerk's so that notice of the Court's dissolution would be properly recorded as to all 30 lis pendens that Plaintiff filed on King David's properties and on the lis pendens Plaintiff filed on Sapodilla's property. The costs incurred for recording of the Court's Order dissolving lis pendens was $262.50.

Under Florida Statute section 48.23, with respect to actions not founded on a duly recorded instrument or chapter 713 lien, "the court may control and discharge the notice of lis pendens as the court may grant and dissolve injunctions." *S & T Builders v. Globe Props., Inc.*, 909 So. 2d 375, 376 (Fla. 4th DCA 2005) (quoting section 48.23, Fla. Stat. (2003)). The court in *S & T Builders*, recognized that damages for the wrongful filing of a lis pendens can include consequential damages, attorney's fees and court costs) (citing *Montville v. Mobile Med. Indus., Inc.*, 855 So. 2d 212, 215 (Fla. 4th DCA 2003) (noting bond required as condition to issuance of

2

temporary injunction is to provide sufficient fund to cover adverse party's costs and damages if injunction is wrongfully issued—"[d]amages include attorney's fees and court costs" (quotation omitted)).

Because King David and Sapodilla prevailed in the dissolution of the lis pendens Plaintiff filed on their properties, and because King David and Sapodilla incurred reasonable costs in having to record the Court's Order that dissolved the lis pendens, $262.50 should be taxed against Plaintiff.

WHEREFORE, Movants respectfully request the Court enter an Order taxing costs in the total amount of $262.50 against Plaintiff for the costs incurred for the recording of the Verified Notice, and such further relief as the Court deems just and proper.  A copy of a proposed Order is attached as Exhibit "D."

## LOCAL RULE 7.1A(3) CERTIFICATION

Pursuant to Local Rule 7.1 A(3), counsel for Defendants, King David Real Estate Investment Holdings, LLC and Sapodilla 513, LLC certifies that counsel conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in the motion by sending the Motion to counsel for Plaintiff via email, and Plaintiff does not agree to the relief sought in the Motion.

Dated:  September 28, 2018.

*/s Roy E. Fitzgerald /*
Roy E. Fitzgerald, Fla. Bar No. 856540
Jennifer Perrone, Fla. Bar No. 116823
e-mail: rfitzgerald@mrachek-law.com
e-mail: jperrone@mrachek-law.com
Secondary: gdavies@mrachek-law.com
Secondary: blewter@mrachek-law.com
MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
561-655-2250 Telephone // 561-655-5537 Fax
Counsel for Defendants, Sapodilla 513, LLC and King David Real Estate Investment Holdings, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

          */s/ Roy E. Fitzgerald*
         Roy E. Fitzgerald, Fla. Bar # 856540
         Jennifer Perrone, Fla. Bar # 116823

## SERVICE LIST

### Case No. 9:18-CV-80044-KAM
### United States District Court, Southern District of Florida

| | |
|---|---|
| Gary S. Rosen, Esq.<br>Jaime Danielle Rosen, Esq.<br>Rosen Law, LLC<br>500 Village Square Xing Suite 101<br>Palm Beach Gardens, FL. 33410-4548<br>561-899-9999<br>Fax: 561-584-6434<br>grosen@rosenlawllc.com<br>jaime@rosenlawllc.com<br>***Counsel for Plaintiff***<br><br>(NY) address<br>Gary Rosen, Esq.<br>Rosen Law, LLC<br>216 Lakeville Road<br>Great Neck, NY 11020<br>(516)437-3400<br>Fax (516) 334-3000 | Jonathan Vine, Esq.<br>Nina Schmidt, Esq.<br>Jake M. Goodman, Esq.<br>Rebecca K. Marine, Esq.<br>Cole, Scott & Kissane, P.A.<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL. 33401<br>(561) 383-9203<br>Fax (561) 683-8977<br>Jonathan.vine@csklegal.com<br>Nina.schmidt@csklegal.com<br>jake.goodman@csklegal.com<br>lisa.gordon@csklegal.com<br>Rebecca.marine@csklegal.com<br>Leslie.vargo@csklegal.com<br>krystal.desinord@csklegal.com<br>Counsel for Defendant Tama Beth Kudman Richman |
| Rory Eric Jurman, Esq.<br>Barbara R. Schabert, Esq.<br>Fowler White Burnett<br>One Financial Plaza<br>100 Southeast 3rd Avenue, 21st Floor<br>Fort Lauderdale, FL. 33394<br>direct: 954-377-8105<br>main: 954-377-8100<br>Fax 954-377-8101<br>e-mail: rjurman@fowler-whie.com<br>      BSchabert@fowler-white.com<br>      NNSmith@fowler-white.com<br>***Counsel for Defendants, Leslie Robert Evans & Associates, P.A., Leslie Robert Evans, and Jason Evans*** | Gregory W. Coleman, Esq.<br>J. Chris Bristow, Esq.<br>Critton, Luttier & Coleman, LLP<br>303 Banyan Blvd., Suite 400<br>West Palm Beach, FL. 33401<br>(561) 842-2820<br>FAX: (561) 253-0164<br>e-mail: gcoleman@lawclc.com<br>***Defendant Ilia Mogilevsky and other defendants*** |

5

| | |
|---|---|
| Andrew M. Feldman, Esq.<br>Klein, Glasser Park & Lowe, P.L.<br>9130 S. Dadeland Blvd., Suite 2000<br>Miami, FL. 33156<br>305-670-3700/FAX: 305-670-8592<br>email: FeldmanA@kgplp.com<br>***Counsel for Defendant Kristin Demeritt*** | Stuart N. Kaplan, Esq.<br>Kaplan & Parker, LLP<br>PGA Financial Plaza, Suite 150<br>3399 PGA Blvd.<br>Palm beach Gardens, FL. 33410<br>(561) 296-7900<br>FAX: (561) 296-7919<br>e-mail: skaplan@kaplanparkerlaw.com<br>***Counsel for Defendant Natalia Mogilevsky*** |
| Brian Lechich, Esq.<br>Herron Ortiz, P.A.<br>255 Alhambra Circle #1060<br>Coral Gables, FL. 33134<br>305-779-8100<br>Fax: 305-779-8104<br>e-mail: Blehich@herronortiz.com<br>***Counsel for Defendant Stephanie Reeves*** | Miguel M. Cordano, Esq.<br>Peter A. Hernandez, Esq.<br>Liebler, Gonzalez & Portuondo<br>Courthouse Tower - 25th Floor<br>44 West Flagler Street<br>Miami, FL. 33130<br>(305) 379-0400<br>e-mails: mc@lgplaw.com<br>          service@lgplaw.com<br>***Counsel for defendants Civic Financial Services, LLC and HMC Assets, LLC*** |
| Jezabel P. Lima, Esq.<br>Levine, Kellogg, Lehman,<br> Schneider & Grossman, LLP<br>201 S. Biscayne Blvd., 22nd Floor<br>Miami, FL. 33131-4301<br>(305) 403-8788<br>(305) 403-8789 FAX<br>e-mail: jl@lklsg.com<br>***Co-counsel for Defendant HMC Assets, LLC*** | Jeffrey M. Garber, Esq.<br>Ciklin Lubitz<br>515 North Flagler Drive, 20th Floor<br>West Palm Beach, FL. 33401<br>(561) 832-5900<br>Fax: (561) 833-4209<br>e-mail: jgarber@ciklinlubitz.com<br>          service@ciklinlubitz.com<br>          lmcgowen@ciklinlubitz.com<br><br>***Counsel for Defendant Erikah Bertoloti*** |