UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO: 9:18-cv-80044-MARRA/MATTHEWMAN

TAMARA FILIPPOVA,

    Plaintiff,

v.

ILIA MOGILEVSKY,
ILIA CAPITAL, LLC, and
LESLIE ROBERT EVANS & ASSOCIATES, P.A.,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, TAMARA FILIPPOVA, and Defendants, ILIA MOGILEVSKY and ILIA CAPITAL, LLC (collectively the "Parties"), jointly stipulate to dismiss this action against Defendants, ILIA MOGILEVSKY, ILIA CAPITAL, LLC, FHB Investments, LLC, Ilia Capital, LLC, D Street Investment LLC, US Land Trust, LLC, Maxim Real Estate Holdings, LLC; US Land Trust; Forest Hill 6048, LLC, 1608 7th Avenue North LLC, 122 Sunset Cove, LLC, 314 S. D Street, LLC, 907 S. B Street, LLC, Lake Worth 511 LLC, Forest Hill Single Family LLC, Gulfstream 4353 LLC, 611 7th Avenue LLC, Lucerne 1213 LLC, 513 North E Street LLC, 415 North B Street LLC, Lake Worth 530 LLC, Lake Worth 501 LLC, 219 North B Street LLC, 621 North F Street LLC, 232 North C Street LLC, 619 North F Street LLC, 321 North E Street LLC, 206 South C Street LLC, 116 North E Street LLC, A Street Property LLC, 412 North E Street LLC, 321 North F Street LLC, 1207 North H Street LLC, Northwood Single Family LLC, 125 North F Street LLC, 509 North K Street LLC, 126 South J Street LLC, 127 North F Street LLC, Northwood Multi Family LLC, Baikal Real Estate Holdings, LLC, 1923 Gardenia, LLC, 4606 Cherry Road, LLC, 5175 Palmbrooke, LLC, 6080 Forest Hill, LLC, Custom Investments

(Florida), LLC, Custom Investments, LLC, Custom Management, LLC and Trump Real Estate Investments LLC ("Ilia Parties"), only with prejudice. Defendant, ILIA MOGILEVSKY and Defendant, ILIA CAPITAL, LLC, hereby withdraw all motions and joinders filed in this action by Ilia Parties including but not limited to the motions filed under Docket Entries 253, 371, 425, and 434 with prejudice. The Parties have agreed to bear their own attorneys' fees and costs

DATED December 20, 2018

Respectfully submitted,

| | |
|---|---|
| **ROSEN LAW, LLC** | **Critton Luttier and Coleman, LLP** |
| Attorneys for Plaintiff | Attorneys for Defendant Ilia Mogilevsky and Ilia Capital, LLC |
| 500 Village Square Crossing, Suite 100 | 303 Banyan Boulevard |
| Palm Beach Gardens, Florida 33410 | Suite 400 |
| 561-899-9999 | West Palm Beach, FL 33401 |
| | (561) 842-2820 |
| _/s/ Jaime Rosen_ | _/s/ J. Chris Bristow_ |
| Jaime Rosen, Esq. | J. Chris Bristow, Esq. |
| Florida Bar No: 123913 | Florida Bar No: 68304 |